

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00365-CV

Raul (Roy) **MORALES**,
Appellant

v.

Rudy **SEGURA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-12-1070-CVA
Honorable David Peeples, Judge Presiding

## O R D E R

On June 24, 2015, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating that the reporter's record has not been filed because appellant has not made payment in accordance with the arrangements previously made to pay the reporter's fee for preparing the record. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that payment has been made in accordance with the arrangements previously made. If appellant fails to respond within the time provided, appellant's brief will be due within twenty (20) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court